1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DORALINDA LOPEZ,                           No.  1:21-cv-01558-DAD-GSA

12                 Plaintiff,

13          v.                                    ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS AND DENYING
14    COMMISSIONER OF SOCIAL                      PLAINTIFF'S MOTION TO PROCEED *IN*
      SECURITY,                                   *FORMA PAUPERIS*

15
                 Defendant.                       (Doc. Nos. 3, 5)
16

17

18          On October 22, 2021, plaintiff Doralinda Lopez filed this action seeking judicial review of

19    the final decision of the Social Security Commissioner denying her application for benefits under

20    the Social Security Act.  (Doc. No. 1.)  The matter was referred to a United States Magistrate

21    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22          On October 25, 2021, the assigned magistrate judge issued findings and recommendations

23    recommending that plaintiff's motion to proceed *in forma pauperis* (Doc. No. 3) be denied

24    because plaintiff failed to show that she is unable to pay the required filing fees pursuant to 28

25    U.S.C. § 1915.  (Doc. No. 5.)  Those findings and recommendations were served on plaintiff and

26    contained notice that any objections thereto were to be filed within fourteen (14) days of service.

27    (*Id.* at 2.)  No objections have been filed and the time in which to do so has now passed.

28    /////

                                                    1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the

2    court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

3    court concludes that the findings and recommendations are supported by the record and proper

4    analysis.

5    Accordingly:

6    1.    The findings and recommendations issued on October 25, 2021 (Doc. No. 5) are

7          adopted in full;

8    2.    Plaintiff's motions to proceed *in forma pauperis* (Doc. No. 3) is denied;

9    3.    Within fourteen (14) days following service of this order, plaintiff shall pay the

10         $402.00 filing fee in full in order to proceed with this action or face dismissal

11         without prejudice to refiling upon payment of the filing fee;

12   4.    Failure to pay the required filing fee in full within the specified time will result in

13         the dismissal of this case; and

14   5.    The matter is referred back to the magistrate judge for proceedings consistent with

15         this order.

16   IT IS SO ORDERED.

17   Dated:   **April 6, 2022**

18                                         UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28