UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORALINDA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, ACTING Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:21-cv-01558-GSA<br><br>**ORDER DIRECTING ISSUANCE OF NEW CASE DOCUMENTS AND TERMINATION OF OUTSTANDING MOTIONS**<br><br>Doc. 3 |

　　　On April 6, 2022, the Court entered an order adopting the findings and recommendations issued by the undersigned and denying Plaintiff's motion to proceed *in forma pauperis*, after which Plaintiff paid the filing fee on April 12, 2022. Doc. 7.

　　　Accordingly, the Clerk of Court is **DIRECTED** to terminate the outstanding motion, Doc. 3, and to **ISSUE** new case documents in this matter: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge, and 4) scheduling order.

IT IS SO ORDERED.

　　Dated:　**April 13, 2022**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE