UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORALINDA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, acting commissioner of social security,<br><br>　　　　Defendant. | No. 1:21-cv-01558-DAD-GSA (SS)<br><br>ORDER GIVING EFFECT TO THE PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. No. 18) |

On July 28, 2022, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 18.)

Good cause appearing and based on the parties' stipulation to voluntary remand, this case is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g). Additionally, on remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' stipulation.

/////

/////

/////

/////

1

The Clerk of the Court is directed to enter final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner of Social Security and remanding the matter for a new decision.

IT IS SO ORDERED.

Dated: __**August 2, 2022**__       *Dale A. Drozd*
                            UNITED STATES DISTRICT JUDGE